**CT Corporation**

818 West Seventh Street
2nd Floor
Los Angeles, CA 90017

213 627 8252 tel
www.ctlegalsolutions.com



FILED

FEB - 3 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

January 28, 2011

Catherine King
King Law Offices
2051 Hilltop Drive,
Suite A28,
Redding, CA 96002

Re: Hank Henry Payne and Nikki Lynne Payne, Debtors // To: CitGroup Inc.

Case No. 2010-51410

Dear Sir/Madam:

We are herewith returning the Motion, Notice of Motion(s), Joint Declaration(s), Notice of Hearing, Proof of Service which we received regarding the above captioned matter.

CitGroup Inc. is not listed on our records or on the records of the State of CA.

Very truly yours,


Nancy Flores
Process Specialist

Log# 517955363

FedEx Tracking# 794377241902

cc: United States Bankruptcy Court
    Eastern District of California,
    Robert T Matsui United States Courthouse,
    501 I Street, Suite 3-200,
    Sacramento, CA 95814



Secretary of State     Administration    Elections    Business Programs

**Business Entities (BE)**

Online Services
 - Business Search
 - Disclosure Search
 - E-File Statements
 - Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
(certificates, copies &
 status reports)

Service of Process

FAQs

Contact Information

Resources
 - Business Resources
 - Tax Information
 - Starting A Business
 - International Business
   Relations Program

Customer Alert
(misleading business
 solicitations)

## Business Search - Results

Data is updated weekly and is current as of Friday, January 28, 2011. is not a complete or certified record of the entity.

- Select an entity name below to view additional information. Resul are listed alphabetically in ascending order by entity name.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and, status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Fie Descriptions and Status Definitions**.

Results of search for " CITIGROUP INC " returned 15 entity records.

| Entity Number | Date Filed | Status | Entity Name | Agent for Service of Process |
|---|---|---|---|---|
| C3056809 | 12/07/2007 | SURRENDER | CITIGROUP BUSINESS PROCESS SOLUTIONS PTE. LTD. | C T CORPORATIO SYSTEM |
| C2679610 | 10/19/2004 | FORFEITED | CITIGROUP DERIVATIVES MARKETS INC. | C T CORPORATIO SYSTEM |
| C2740491 | 04/08/2005 | ACTIVE | CITIGROUP ENERGY INC. | C T CORPORATIO SYSTEM |
| C2829512 | 02/27/2006 | FORFEITED | CITIGROUP FINANCIAL, INC. | GURNAM SIN |
| C2423775 | 07/15/2002 | FORFEITED | CITIGROUP FOUNDATION | CORPORATIO SERVICE COMPANY WHICH WILL BUSINESS IN CALIFORNIA . CSC - LAWYE INCORPORAT SERVICE |